# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v. | DOCKET NO. |
| Anna Lydia Thompson<br>DOB: 1976; U.S. Citizen | MAGISTRATE'S CASE NO.<br>17-03097MJ |

Complaint for violation of Title 18, United States Code § 2113(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 5, 2017, at or near Tucson, in the District of Arizona, ANNA LYDIA THOMPSON, by force, violence, and intimidation, did take from the person or presence of another, money, namely approximately $4,784.00, belonging to and in the care, custody, control, management, and possession of the Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, a credit union, whose deposits were then insured by the National Credit Union Administration Board; all in violation of Title 18, United States Code, Sections 2113(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about October 5, 2017, a lone female subject executed a bank robbery at Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, The Pyramid Federal Credit Union is a credit union whose deposits were then insured by the National Credit Union Administration Board.

During the robbery, the subject approached the teller counter and passed a note to the victim teller that said, "GIVE ALL YOUR MONEY NOW TOP + BOTTOM DRAWER I'M ARMED NO ALARMS NO TRACKERS NO DYE PACKS." The female subject received approximately $4,784.00 from the victim teller and exited the bank.

On October 15, 2017, a male subject contacted the Casper Police Department in Casper, Wyoming. The male subject said he had warrants for his arrest and was staying at a motel in Casper. Police arrived the motel and located the male subject and his wife, ANNA LYDIA THOMPSON. THOMPSON gave an unsolicited statement to the police confessing to committing a bank robbery in Tucson, Arizona. THOMPSON matched the appearance of the female subject from video surveillance still photographs of the bank robbery at Pyramid Federal Credit Union and THOMPSON's purse matched the appearance of the purse held by the subject in the bank robbery.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Erica Seger | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>SA Harrison Putman |
| Sworn to before me and subscribed in my presence. | By telephone, 10/15/17, 12:00 p.m. |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Leslie A. Bowman | DATE<br>October 15, 2017 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

AUSA, PTS FPD MSMS