# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anna Lydia Thompson | ) | Case No. 17-03097MJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anna Lydia Thompson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery in violation of 18 U.S.C. Section 2113(a)

Date: 10/15/2017

*Issuing officer's signature:* Leslie A. Bowman

City and state: Tucson, Arizona

Honorable Leslie A. Bowman, U. S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/17/17, and the person was arrested on *(date)* 10/16/17
at *(city and state)* Casper, WY.

Date: 11/13/17

SUSPECT ARRESTED BY USMS
AND INITIALED ON 11/14/17
IN THE DISTRICT OF ARIZONA

*Arresting officer's signature*

*Printed name and title*

USMS (orig + cc), AUSA, PTS