ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ERICA L. SEGER
State Bar No. 022681
LORI L. PRICE
State Bar No. 025698
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
lori.price@usdoj.gov
Attorneys for Plaintiff

FILED
2018 MAY -9 PM 5: 05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Anna Lydia Thompson;<br>(Counts 1-2)<br><br>Shad Richard Thompson,<br>(Counts 1-2)<br><br>Defendants. | CR 17-01732-TUC-CKJ (DTF)<br><br>**S U P E R S E D I N G**<br><br>**I N D I C T M E N T**<br><br>Violation:<br><br>18 U.S.C. § 371  VICTIM CASE<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. § 2113(a)<br>(Bank Robbery)<br>Count 2 |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

**CONSPIRACY TO COMMIT BANK ROBBERY**

Beginning at a time unknown and continuing up through October 15, 2017, at or near Tucson, in the District of Arizona, and elsewhere, the defendants, ANNA LYDIA THOMPSON and SHAD RICHARD THOMPSON, did knowingly and intentionally combine, conspire, confederate, and agree together with persons known and unknown to

the grand jury to commit offenses against the United States, to wit; Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

## Objects of the Conspiracy

It was part of the conspiracy that ANNA LYDIA THOMPSON and SHAD RICHARD THOMPSON and others known and unknown to the grand jury discussed and planned with each other the robbery of the Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, as well as other banks. At all times during the course and scope of the conspiracy, the deposits of the Pyramid Federal Credit Union were insured by the National Credit Union Administration Board.

## Manner and Means

It was part of the conspiracy that ANNA LYDIA THOMPSON and SHAD RICHARD THOMPSON and others formulated a plan and agreement which, among other things, included:

a. the acquisition of United States currency;

b. the selection of the bank to be robbed in Tucson, Arizona;

c. the role each robbery participant would play in the robbery; and

d. plans to avoid detection and apprehension by law enforcement.

## Overt Acts

a.   A few days prior to October 5, 2017, SHAD RICHARD THOMPSON and ANNA LYDIA THOMPSON drove around Tucson while SHAD RICHARD THOMPSON scoped out various banks to rob.

b.   On or about October 5, 2017, SHAD RICHARD THOMPSON and ANNA LYDIA THOMPSON agreed to rob the Pyramid Federal Credit Union located at 5280 East Grant Road, Tucson, Arizona 85712. SHAD RICHARD THOMPSON and ANNA LYDIA THOMPSON agreed that ANNA LYDIA THOMPSON would physically go into the bank to commit the robbery because of SHAD RICHARD THOMPSON's criminal history and his belief that ANNA LYDIA THOMPSON would receive a lenient sentence, if caught by authorities.

  c. SHAD RICHARD THOMPSON provided ANNA LYDIA THOMPSON a hat and a tee shirt to wear during the robbery. SHAD RICHARD THOMPSON also instructed ANNA LYDIA THOMPSON on how to wear her hair to camouflage her features.

  d. On or about October 5, 2017, on the way to the Pyramid Federal Credit Union SHAD RICHARD THOMPSON directed ANNA LYDIA THOMPSON what to write on the demand note for use during the bank robbery. ANNA LYDIA THOMPSON wrote the note on a napkin.

  e. On or about October 5, 2017, SHAD RICHARD THOMPSON drove ANNA LYDIA THOMPSON to the vicinity of the Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, in ANNA LYDIA THOMPSON's whitish-gray Mitsubishi Gallant and backed into an area hidden behind bushes near the sidewalk to the bank.

  f. ANNA LYDIA THOMPSON entered the Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, wearing SHAD RICHARD THOMPSON's hat and shirt. ANNA LYDIA THOMPSON had the demand note and she handed it to the bank teller.

  g. After receiving approximately $4,784.00 from the bank teller, ANNA LYDIA THOMPSON exited the Pyramid Federal Credit Union and entered the backseat of the Mitsubishi Gallant through the door that had been opened by SHAD RICHARD THOMPSON, who drove away. ANNA LYDIA THOMPSON hid in the backseat of the Gallant pursuant to SHAD RICHARD THOMPSON's instructions.

  h. When SHAD RICHARD THOMPSON reached his friend's house, SHAD RICHARD THOMPSON backed into his friend's yard in order to conceal the license plate of the Gallant.

  i. SHAD RICHARD THOMPSON and ANNA LYDIA THOMPSON purchased Greyhound bus tickets to Casper, Wyoming under the names Tyler Romero and Maria Romero, leaving October 6, 2017. On their way to Casper, SHAD RICHARD

THOMPSON and ANNA LYDIA THOMPSON traveled through Arizona, New Mexico, Texas, Oklahoma and Colorado. During this bus trip, SHAD RICHARD THOMPSON instructed ANNA LYDIA THOMPSON to destroy any documents with her true name.

j.  While in Casper, Wyoming, SHAD RICHARD THOMPSON and ANNA LYDIA THOMPSON went to an all-night café. While in the café, SHAD RICHARD THOMPSON used the phone book to make a list of various banks and corresponding addresses in Casper, Wyoming.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

## BANK ROBBERY

On or about October 5, 2017, at or near Tucson, in the District of Arizona, ANNA LYDIA THOMPSON and SHAD RICHARD THOMPSON, by force, violence, and intimidation, did take from the person or presence of another, money, namely approximately $4,784.00, belonging to and in the care, custody, control, management, and possession of the Pyramid Federal Credit Union, located at 5280 East Grant Road, Tucson, Arizona 85712, a credit union, whose deposits were then insured by the National Credit Union Administration Board;

All in violation of Title 18 United States Code, Section 2113(a).

A TRUE BILL

/S/

Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

REDACTED FOR

Assistant U.S. Attorney
Dated May 9, 2018